# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00079-CV

### Gerald Clayton Merwin a/k/a Jerry Clayton Merwin, Individually and d/b/a Preston Car Stereo, Appellant

### v.

### Nova Information Systems, Inc., Appellee

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. 286,595, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Gerald Clayton Merwin a/k/a Jerry Clayton Merwin, Individually and d/b/a Preston Car Stereo and Appellee Nova Information Systems, Inc. have agreed to set aside the default judgment made the basis of this appeal and have filed a joint motion to set aside the trial court's judgment and remand this case to the trial court. We grant the motion, set aside the trial court's judgment without regard to the merits, and remand the cause to the trial court. Tex. R. App. P. 42.1(a)(2)(B).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Vacated and Remanded

Filed:   June 8, 2006